# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4656
_____

OSHANE LAWSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

July 26, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and WOLF and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

OShane Lawson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.